[Civ. No. 4195. First Appellate District, Division One.—January 5, 1923.]

## WILLIAM YRACEBURN et al., Respondents, v. J. C. CAPE, Appellant.

ESTRAYS—EVIDENCE.—Judgment affirmed upon the authority of *Yraceburn* v. *Cape, ante,* p. 374.

APPEAL from a judgment of the Superior Court of Fresno County. J. E. Woolley, Judge. Affirmed.

The facts in the main are identical with those in *Yraceburn* v. *Cape, ante,* p. 374.

Fulstone & Rogers for Appellant.

W. D. Crichton for Respondents.

THE COURT.—The facts of the case being in the main identical with those in the case of *Yraceburn* v. *Cape, ante,* p. 374 [212 Pac. 938], upon the authority of that decision the judgment herein is affirmed.